1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

**FILED**

NOV 0 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5 | Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-SW-00477-CKD |
| | 2:15-SW-00478-CKD |
| Plaintiff, | 2:15-SW-00479-CKD |
| | 2:15-SW-00480-CKD |
| v. | 2:15-SW-00481-CKD |
| APPROXIMATELY $20,339.00 IN U.S. CURRENCY, | |
| | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |
| ALL FUNDS SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3996, HELD IN THE NAME OF TIMOTHY BETSCHART, IN AN AMOUNT UP TO AND INCLUDING $31,080.47, | |
| ALL FUNDS ASSOCIATED WITH E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIM BETSCHART, IN AN AMOUNT IN AN AMOUNT UP TO AND INCLUDING $7,934.54, | |
| 2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA, and | |
| 2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown,

1

1  IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the
2  above-captioned proceeding be and are hereby unsealed.
3  Date: 11-4-2015

_____
EDMUND F. BRENNAN
United States Magistrate Judge